AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00556 |
| Erik Herrera | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 8/6/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Erik Herrera _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 08/06/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.06 14:24:56 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 08/06/2021, and the person was arrested on *(date)* 08/19/2021
at *(city and state)* Los Angeles, CA.

Date: 08/20/2021

*Arresting officer's signature*

Sheila Kwong, Special Agent
*Printed name and title*